Submitted September 9—decided September 27, 1966

## In re Application of Giovanni Mastri

The application by Giovanni Mastri, filed September 23, 1966, for a transcript without cost is dismissed. General Statutes § 52-259a not applicable. See also *State* v. *Mastri,* Superior Court, Hartford

County, Nos. 25920, 26008; *State* v. *DeJoseph,* 3 Conn. Cir. Ct. 624, cert. denied, 153 Conn. 747, 220 A.2d 771, stay of execution denied, 154 Conn. 716, 221 A.2d 272, interim stay denied by United States Supreme Court Justice Harlan, August 30, 1966.

Decided September 27, 1966